DE OLEODUCTOS, S. A., and Another.— Motion granted.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

COMPANIA MEXICANA REFINADORA ISLAND, S. A., v. COMPANIA METROPOLITANA DE OLEODUCTOS, S. A., and Another.— Motion granted.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ABRAHAM POLEKOFF v. NAT LEVINE, INC.— Motion denied, with ten dollars costs.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MILDRED KANTOR v. ARISTO HOSIERY CO., INC.— Motion denied, with ten dollars costs.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PROMINENT FOLDING BOX CO., INC., v. RICH & MCLEAN, INC.— Motion granted.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GEORGE WAGNER and Another v. JOHN L. ROSENBAUM and Others.— Motion denied, with ten dollars costs, with leave to plaintiffs to apply at Special Term for an extension of time in which to serve the proposed case on appeal.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

500 WEST 14TH STREET REALTY CO., INC., v. CONRON BROS. COMPANY, Sued Herein as CONRON BROTHERS, a Corporation.— Decision upon this motion will be reserved until the determination of the appeal herein, with leave to plaintiff to move to vacate the extension contained in the order to show cause if the appeal should be unreasonably delayed.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskáuer, JJ.

In the Matter of the Application of SAMUEL SCHERER for Payment of Award for Damage Parcel No. 2 on the Damage Map and under the Decree of the Court in the Proceeding to Acquire Title by THE CITY OF NEW YORK to Certain Lands and Premises Situated on the Westerly Side of Eastern Boulevard South of Baisley Avenue Adjoining the Premises of Public School No. 14, in the Borough of The Bronx.— A referee will be appointed to take proof of the facts set forth in the petition and to report thereon to this court.  Settle order on notice.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of CARRIE B. EATON, as a Beneficiary, etc., of HENRY C. WILLCOX, Deceased, for a Construction of the Will of Said Decedent.  LILLIAN EDWARDS, Appellant; CARRIE B. EATON and Others, Respondents.— Motion denied, with ten dollars costs.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

RICHARD GEORGE v. CORNISH ARMS HOTEL COMPANY and Another.— Motion withdrawn.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FIFTY-NINTH STREET IMPROVEMENT CORPORATION v. 107 WEST FIFTY-EIGHTH STREET CORPORATION and Another.— Motion denied, with ten dollars costs.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by FRANCIS R. STODDARD, JR., as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Conserve the Assets of NORSKE LLOYD INSURANCE COMPANY, LTD.— Motion denied, with ten dollars costs.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.